**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
YOLANDA NUNEZ,

                    Plaintiff,                  18 **CIVIL** 2369 (KPF)

       -against-                         **JUDGMENT**

NEW YORK CITY HOUSING AUTHORITY,
                    Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated April 17, 2020, Defendant's motion for summary judgment is granted as to Plaintiff's federal claims; the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining claims, and therefore dismisses those claims without prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
          April 17, 2020

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                        Clerk of Court
                            **BY:**
                                                        _____
                                                        Deputy Clerk